UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OLIVER PLAIR,

    Plaintiff,

v.

                                    Case No. 1:19-cv-815

                                    Hon. Hala Y. Jarbou

SCOTT HOLMES,

    Defendant.
_____/

## ORDER

       This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983.  Defendant filed a motion for summary judgment (ECF No. 24) on August 10, 2020.  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on December 29, 2020, recommending that this Court grant the motion and enter judgment in favor of Defendant. (ECF No. 28.)  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Accordingly:

       **IT IS ORDERED** that the Report and Recommendation (ECF No. 28) is **APPROVED** and **ADOPTED** as the Opinion of the Court.

       **IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 24) is **GRANTED**.

       **IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith.  See *McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

A Judgment will be entered consistent with this Order.

Dated: January 19, 2021  /s/ Hala Y. Jarbou
HALA Y. JARBOU
UNITED STATES DISTRICT JUDGE